# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Michael Gordon, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Leann Bertsch, et. al., ) | Case No. 1:15-cr-026 |
| ) | |
| Defendants. ) | |

Plaintiff initiated the above-entitled action in March 2015 with the submission of a "PLRA Packet." Notice was subsequently sent to plaintiff that this matter had been directly assigned to the undersigned.

On September 8, 2015, defendant filed a document with the court advising that he was not consenting to the undersigned's exercise of jurisdiction and wanted this case reassigned to an Article III Judge. Insofar as plaintiff is seeking the recusal of the undersigned, his request (Docket No. 22) is **DENIED**. However, as plaintiff has not consented to the undersigned, his case shall be reassigned to Judge Daniel L. Hovland. The undersigned will remain as the referred Magistrate Judge.

**IT IS SO ORDERED.**

Dated this September 8, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court