BordIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Michael Gordon, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Leann K. Bertsch, et. al., | ) | Case No. 1:15-cv-026 |
| | ) | |
| Defendant. | ) | |

The court shall conduct a telephonic status conference with plaintiff in the above-entitled action on October 6, 2015, at 9:30 AM CDT. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court