# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Michael Gordon, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Lean K. Bertsch, Director, et. al., | ) | Case No. 1:15-cv-026 |
| Defendants. | ) | |

The Clerks office sent waivers of service to all of defendants. All of defendants save Jamie Pederson have executed and returned the waivers of service. The Clerk's office recently contacted the North Dakota Attorney General's office to inquire about the status of Pederson's waiver. It was advised that Pederson was an individual unknown to the Attorney General's office. Unless and until plaintiff provides the court with contact information for Pederson, the Clerk's office and the Marshal's service may suspend their efforts to serve Pederson

**IT IS SO ORDERED.**

Dated this 25th day of March, 2016.

                                                            */s/ Charles S. Miller, Jr.*
                                                            Charles S. Miller, Jr., Magistrate Judge
                                                            United States District Court