# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Michael Gordon, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Leann K. Bertsch, Director, et. al., ) | Case No. 1:15-cv-026 |
| ) | |
| Defendants. ) | |

Before the court is a "Motion and Memorandum in Support of Motion to Amend Scheduling Order and to Amend Scheduling Order" filed by defendants on March 7, 2017. Defendants seeks to extend the dispositive motion deadline and continue the trial date by two months given, amongst other things, the number of defendants named in plaintiff's complaint and the volume of claims being asserted by the plaintiff, Michael Gordon ("Gordon").

More than 14 days has passed since defendants filed their motion and Gordon has yet to file a response or otherwise object. See D.N.D. Civ. L.R. 7.1(F) ("An adverse party's failure to serve and file a response to a motion may be deemed an admission that the motion is well taken."). In any event, having reviewed the record, the court finds that there is good cause to grant defendants a modest extension of the dispositive motion deadline and continue the final pretrial conference and trial. This change will pose no appreciable prejudice to plaintiff.

Accordingly, defendants' motion (Docket No. 62) is **GRANTED**. The parties shall have until May 31, 2017, to file dispositive motions. The final pretrial conference set for August 28, 2017, shall rescheduled for October 31, 2017, at 1:30 PM. The jury trial set for September 11, 2017, shall rescheduled for November 13, 2017, at 1:30 PM before Judge Hovland (5 days).

1

**IT IS SO ORDERED.**

Dated this 29th day of March, 2017.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr., Magistrate Judge
                                          United States District Court